ORDERED.

Dated: June 23, 2020

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:

JOSHUA DANIEL SHAFFER,   Case No. 8:19-bk-08093-RCT
  Chapter 13
    Debtor

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY FREEDOM MORTGAGE CORPORATION**

THIS CASE came on for consideration on the Motion for Relief from Stay filed by FREEDOM MORTGAGE CORPORATION (Document No. 17). No response having been filed in accordance with Local Rule 2002-4, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at:

ALL THAT UNDIVIDED ONE-HALF INTEREST IN A TRACT OF LAND

**SITUATE LYING AND BEING IN FRANKLIN TOWNSHIP, ADAMS COUNTY, PENNSYLVANIA, MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:**

**BEGINNING AT A POINT IN THE CENTER LINE OF TOWNSHIP ROAD T-306 AT THE SOUTHERNMOST CORNER OF LAND NOW OR FORMERLY OF JOHN E. WETZEL; THENCE IN SAID CENTER LINE OF TOWNSHIP ROAD T-306, SOUTH 32 DEGREES 57 MINUTES 40 SECONDS WEST, 52.21 FEET TO A POINT; THENCE CONTINUING IN SAID TOWNSHIP ROAD T-306, SOUTH 39 DEGREES 24 MINUTES 50 SECONDS WEST, 101.04 FEET TO A POINT; THENCE IN SAME, SOUTH 37 DEGREES 36 MINUTES 00 SECONDS WEST, 43.74 FEET TO A POINT AT CORNER OF OTHER LAND NOW OR FORMERLY OF KENNETH F. MOTT; THENCE BY SAID OTHER LAND NOW OR FORMERLY OF KENNETH F. MOTT AND PASSING THROUGH AN IRON PIN SET BACK 25 FEET FROM THE LAST MENTIONED POINT, NORTH 51 DEGREES 44 MINUTES 58 SECONDS WEST, 468.79 FEET TO AN IRON PIN; THENCE BY SAME, NORTH 36 DEGREES 42 MINUTES 55 SECONDS EAST, 181.56 FEET TO AN IRON PIN ON LINE OF LAND NOW OR FORMERLY OF JACOB M. BREAM; THENCE BY SAID LAND NOW OR FORMERLY OF JACOB M. BREAM, SOUTH 53 DEGREES 21 MINUTES 20 SECONDS EAST, 203.16 FEET TO STONES AT CORNER OF LAND NOW OR FORMERLY OF ANDREW S. PROKOVITCH; THENCE BY SAID LAND NOW OR FORMERLY OF ANDREW S. PROKOVITCH, SOUTH 61 DEGREES 02 MINUTES 30 SECONDS EAST, 100.20 FEET TO STONES AT CORNER OF LAND NOW OR FORMERLY OF JOHN E. WETZEL, AFORESAID; THENCE BY SAID LAND NOW OR FORMERLY OF JOHN E. WETZEL, SOUTH 49 DEGREES 29 MINUTES 20 SECONDS EAST, 168.57 FEET TO A POINT, THE PLACE OF BEGINNING. CONTAINING 2.086 ACRES.**

**THE ABOVE DESCRIPTION WAS TAKEN FROM A DRAFT OF SURVEY BY BOYER SURVEYS, INC., DATED NOVEMBER 22, 1976, DESIGNATING THE ABOVE AS LOT NO. 8-A.**

**PROPERTY ALSO DESCRIBED AS:**
**801 GREEN RIDGE ROAD, ORRTANNA, PA 17353**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete in rem relief, to take any and all the steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further in rem relief as is just, but the Movant shall not obtain in personam relief against the debtor(s).

4. Secured Creditor is hereby awarded attorney's fees and costs of up to $531.00 for the prosecution of its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein.

5. All communications sent by Secured Creditor in connection with proceeding against the property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtor(s).

6. This Court makes no determination that the Debtor(s) has/have defaulted on the underlying obligation.

7. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

# # #

**Submitted by:**
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLMD.bankruptcy@phelanhallinan.com

Attorney Stefan Beuge, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.